

Colleen Fox
Phone: (609) 452-3145
Fax: (609) 452-3122
Colleen.Fox@saul.com
www.saul.com
Our File: 849560.00016

January 10, 2020

**VIA ECF**
Hon. Dennis M. Cavanaugh
Special Master
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue, P.O. Box 2075
Morristown, New Jersey 07962

    Re:    *The Prudential Ins. Co. of Am., et al. v. Valeant Pharmaceuticals International, Inc. et al.*, **No. 18-cv-01223 (MHA) (LHG)**

Dear Judge Cavanaugh:

    This firm represents Defendants Valeant Pharmaceuticals International, Inc. ("Valeant," n/k/a Bausch Health Companies Inc.) in the above-captioned litigation. Dean McGee and Daniel Stujenske, members of the bar of the State of New York, were admitted *pro hac vice* in the above-captioned matter on June 5, 2018.

    Mr. McGee and Mr. Stujenske are no longer associated with Simpson Thacher & Bartlett LLP. Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request the Court's approval of Mr. McGee and Mr. Stujenske's withdrawal as *pro hac vice* counsel for Valeant. The other attorneys from Saul Ewing Arnstein & Lehr LLP and Simpson Thacher & Bartlett LLP remain counsel of record and *pro hac vice* counsel for Valeant in the above-referenced matter.

    If this request meets with Your Honor's approval, we respectfully request that Your Honor "so order" this letter, pursuant to L. Civ. R. 101(c)(5).

                                              Respectfully submitted,

                                              */s/ Colleen Fox*

                                              Colleen Fox

cc: All Counsel of Record (via ECF)

Marc A. Citron - Princeton Managing Partner
650 College Road East, Suite 4000 ♦ Princeton, NJ 08540-6603 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP